UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER
-vs-
COLUMBIA CORR
INST

CASE #
3:22CV504-TJC-LLL

## Complaint

**1**

Plaintiff # N56D and Dox Jacksonville Duval County receives mail at P O Box 1942 Jacksonville Florida 32201 and is subject to venue and jurisdiction of this Honorable Court

**2**

Defendant Columbia Correctional Inst a Florida State Prison is located at 216 S.E. Corrections Way Lake City, Fla 32025 and is subject to venue and jurisdiction of this Honorable Court

**3**

Comes now plaintiff and states this their complaint as follows to wit:

THIS Court is Empowered TO HEAR and TRY This case as it is A clear Violation of 8TE Amendment Right as well as sexual Harrassement Protected under TITLE 28 USC 1331

-2-

On Sunday April 3(?) 2022 my spouse who is an inmate at Columbia Corr Inst was sexually harassed by a Staff Sargent who made unwanted sexual statements to my spouse (Mitchell D. Tucker #J41732)

This misconduct was reported to the Inspector General's office

Later that same night my spouse was placed in administrative confinement - He's been punished for reporting a crime (8th amendment violation)

Please note that at this time the Governor is working upon his promise to release Mitchell Tucker from custody as there was multiple mistakes done in his sentencing due to former State Attorney Angela Corey and her illegally activities

To date Mitchell Tucker is still in confinement for reporting a crime

Please note that Mr. Tucker was mild autism and cerebral palsy

-3-

Relief Plaintiff is asking from the courts

1) A warrant issued for the arrest John Bolden - The warden for allowing state to commit criminal offenses

2) An order to release Mitchell D. Tucker from confinement - permanente order

3) 500 Million Dollars from Defendant for undue stress directly caused by Defendant

4) A trial by jury

5) 50 Thousand Dollars a Day for each and every day that Mitchell Tucker is in confinement

-4-

STATEMENT of ACTION TO SHOW CAUSE

Plaintiff is entitled to Relief on the following grounds:

1) Plaintiff HAS Power of attorney for Mitchell P. Tucker (PCHJ41732) and Defendants Stone Sarge & Villare Federal Law By making unwanted sexual statements to MR Tucker

2) Defendant New punished Mitchell Tucker for reporting the Sexual harrassment By placing him in administrative confinement (violation of the 8th admendment)

Wherefore Plaintiff new prays this Honorable Court to Grant this petition and issue orders and judgement sua sponte

J. Islu, pro se
5-5-22
PO Box 942
Joy, FLA 32041
904-496-1678